CITY OF HARTFORD *v.* STANLEY V. TUCKER ET AL.

The named defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Stanley V. Tucker,* pro se, in support of the petition.

*Michael Belzer,* in opposition.

Submitted January 25—decided February 2, 1978

MICHAEL J. PETRUZZI ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF OXFORD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in the judicial district of Ansonia-Milford at Ansonia is granted by the court.

*Frederick W. Krug,* in support of the petition.

Submitted January 30—decided February 2, 1978

JOHN RUSSO, TRUSTEE, ET AL. *v.* TOWN OF EAST HARTFORD

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*James A. Kane, Jr.,* corporation counsel, for the appellee (defendant).

*Mark C. Yellin,* for the appellants (plaintiffs).